**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Global Emergency Resources, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1614255** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1030 Stevens Creek Road**<br>**Augusta, GA 30907** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Richmond** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor __**Global Emergency Resources, LLC**__  Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    **Global Emergency Resources, LLC**                                    Case number (*if known*)
          _____
          Name

**11.  Why is the case filed in**     *Check all that apply:*
       **this district?**
                                      ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                      ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ■ No
       **have possession of any**
       **real property or personal**  ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**
                                                **Why does the property need immediate attention?** (*Check all that apply.*)

                                                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                    What is the hazard? _____

                                                ☐ It needs to be physically secured or protected from the weather.

                                                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                ☐ Other _____

                                                **Where is the property?**   _____
                                                                             Number, Street, City, State & ZIP Code

                                                **Is the property insured?**

                                                ☐ No

                                                ☐ Yes.   Insurance agency   _____

                                                          Contact name       _____

                                                          Phone              _____

---

█████   **Statistical and administrative information**

**13.  Debtor's estimation of**     .     *Check one:*
       **available funds**
                                          ■ Funds will be available for distribution to unsecured creditors.

                                          ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**       ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
       **creditors**               ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                   ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                   ☐ 200-999

**15.  Estimated Assets**          ☐ $0 - $50,000            ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                   ■ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**     ☐ $0 - $50,000            ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor  **Global Emergency Resources, LLC**
    Name                                           Case number *(if known)*

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July  6, 2016**
                   MM / DD / YYYY

**X** **/s/ Stan J. Kuzia Jr**                         Stan J. Kuzia Jr
    Signature of authorized representative of debtor           Printed name

Title     **CEO and Chairman of the Board**

**18. Signature of attorney**

**X** **/s/ Todd Boudreaux**                   Date   **July  6, 2016**
    Signature of attorney for debtor                           MM / DD / YYYY

**Todd Boudreaux**
Printed name

**Boudreaux Law Firm**
Firm name

**493 Furys Ferry Road**
**Augusta, GA 30907**
Number, Street, City, State & ZIP Code

Contact phone   **706-869-1334**        Email address

**070023**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Global Emergency Resources, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July  6, 2016__   X /s/ Stan J. Kuzia Jr
_____
Signature of individual signing on behalf of debtor

**Stan J. Kuzia Jr**
Printed name

**CEO and Chairman of the Board**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| Debtor name | Global Emergency Resources, LLC |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Business Platinum PO Box 1270 Newark, NJ 07101-1270 | | | | | | $351,611.09 |
| Arjun Chanmugam, MD 3161 Edgewood Road Ellicott City, MD 21043 | | Copyright Registration Number TX0006251367 | | $50,000.00 | $100,000.00 | $50,000.00 |
| AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6493 | | | | | | $93,009.93 |
| BlueStar 7419 Reliable Parkway Chicago, IL 60686 | | | | | | $15,934.18 |
| Capital One Visa Credit Card PO Box 105474 Atlanta, GA 30348-5474 | | | | | | $20,000.00 |
| CenturyLink PO Box 52187 Phoenix, AZ 85072-2187 | | | | | | $14,253.31 |
| Dewey Holland 270 Camelback Court Augusta, GA 30907 | | | | | | $100,000.00 |
| Diatom Enterprises SIA Straupes 5, K-1 Riga, LV-1073 Lativa | | | | | | $69,710.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Global Emergency Resources, LLC**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Flipside East Lodge House**<br>**116 High Street**<br>**Cranleigh UK**<br>**GU68AJ** | | | | | | **$48,348.00** |
| **Georgia Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 161108**<br>**Atlanta, GA 30321** | | **State Withholding Taxes** | | | | **$27,674.71** |
| **IRS**<br>**Insolvency Stop**<br>**334D Rm 400**<br>**401 W. Peachtree Street NW**<br>**Atlanta, GA 30308** | | **Penalty/Interest** | | | | **$7,227.03** |
| **IRS**<br>**Insolvency Stop**<br>**334D Rm 400**<br>**401 W. Peachtree Street NW**<br>**Atlanta, GA 30308** | | **941 Taxes** | | | | **$100,564.30** |
| **John W. Richards, Jr., MD**<br>**3914 Mullikan Road**<br>**Evans, GA 30809** | | | | | | **$1,000,000.00** |
| **Lindsai Gentry, CPA**<br>**PO Box 688**<br>**Waynesboro, GA 30830** | | **Accounting fees** | | | | **$10,145.00** |
| **Louis E Antosek, MD**<br>**233 N Federal Highway, Suite 59**<br>**Dania, FL 33004** | | **Copyright Registration Number TX0006251367** | | **$50,000.00** | **$100,000.00** | **$50,000.00** |
| **ProSphere Tek, Inc.**<br>**110 King Street, Suite 200**<br>**Alexandria, VA 22301** | | **Over 90 days old: #2 Contract CW39125** | | **$115,000.00** | **$249,000.00** | **$76,000.00** |
| **ProSphere Tek, Inc.**<br>**110 King Street, Suite 200**<br>**Alexandria, VA 22301** | | **Copyright Registration Number TX0006251367 Potential Unperfected Lien in IP Assets Please see Exhibit "A" #2 Contract CW39125** | | **$115,000.00** | **$100,000.00** | **$115,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Global Emergency Resources, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Serrota Maddox & Evans Co, CPA 701 Greene Street, Suite 200 Augusta, GA 30901** | | **Accounting Fees** | | | | **$35,350.00** |
| **Vet Fed Resources, Inc 2034 Eisenhower Avenue, Suite 270 Alexandria, VA 22314-4678** | | | | | | **$2,203,439.97** |
| **Vilmate, LLC 50th Street Global Plaza Tower 19th Floor Sute H Panama City, Panama** | | | | | | **$38,775.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Global Emergency Resources, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $       0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $       880,144.05

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $       880,144.05

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $       575,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $       142,761.03

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$       4,030,381.90

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b

   $       4,748,142.93

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Global Emergency Resources, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Security Federal Bank - Checking Account** | **Operating Account** | 0174 | $5,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**        **$5,000.00**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. Does the debtor have any accounts receivable?

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11b. Over 90 days old: | 249,000.00 | - | 0.00 | =.... | $249,000.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Global Emergency Resources, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 12. | **Total of Part 3.** | | $249,000.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Please see Exhibit "A"** | $0.00 | Tax Net Book | $263,223.05 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | $263,223.05 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Global Emergency Resources, LLC**                                Case number *(If known)* _____
            Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1.   Routers, Router Components, Other Computer Networking and Telecommunications Equipment and Other Equipment manufactured by CISCO Systems, INc, its affiliates and others together with all software and software license rights relating to the foregoing, and all substitutions, replacements, upgrades, repairs, parts and attachments, improvements and accessions therto.** | **$0.00** | | **$2,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Tax Asset Detail - Attached as Exhibit "B"** | **$0.00** | | **$260,921.00** |

51.   **Total of Part 8.**
        Add lines 47 through 50.  Copy the total to line 87.

$262,921.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor      **Global Emergency Resources, LLC**                     Case number *(If known)* _____
                 Name

| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
|---|---|---|---|---|
| | **Copyright Registration Number TX0006251367** | $0.00 | **Est. FMV** | $100,000.00 |

| 61. | Internet domain names and websites | | | |
|---|---|---|---|---|
| | **ger911.com** | $0.00 | | $0.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

         Add lines 60 through 65. Copy the total to line 89.

| $100,000.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ■ No
         ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Global Emergency Resources, LLC**
Name                                                                Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $249,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $263,223.05 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $262,921.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $880,144.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $880,144.05 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

EXHIBIT "A"

1:33 PM
09/24/15
Accrual Basis

## Global Emergency Resources, LLC
## Account QuickReport
### All Transactions

### 1500 · Fixed Assets
#### 1505 · Furniture/Office Equipment

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| General Journal | 12/31/2009 | imgcpa | | To book beginning balance sheet per audit report as of 12/3 | 140,235.16 | 140,235.16 |
| Bill | 01/01/2010 | 1595996 | BlueStar | units for demo use | 5,783.10 | 146,018.26 |
| Bill | 01/01/2010 | 1598375 | BlueStar | mounting kit for demo use | 117.00 | 146,135.26 |
| General Journal | 01/25/2010 | KS | | Motorola reimbursement for Bluestar equipment | -5,000.00 | 141,135.26 |
| Bill | 01/27/2010 | 62007-0110 | American Express | equipment | 3,641.21 | 144,776.47 |
| General Journal | 01/31/2010 | mmcpa | | To record the January purchase of Blue Star demo units | 10,848.44 | 155,624.91 |
| Bill | 03/12/2010 | 792 | HauteSpot | equipment | 2,517.48 | 158,142.39 |
| Bill | 03/23/2010 | 1874918 | BlueStar | fingerprint reader-GER demo use | 263.42 | 158,405.81 |
| Bill | 03/23/2010 | 195 | Connectivity Solutions Inc | consulting | 0.00 | 158,405.81 |
| General Journal | 04/01/2010 | mmcpa | | To record return of Blue Star demos | -10,848.44 | 147,557.37 |
| Bill | 05/03/2010 | 62007-0410 | American Express | equipment | 7,241.92 | 154,799.29 |
| Bill | 06/01/2010 | 248535580 | Dell Financial Services | Core Penryn/computer equipmetn | 1,282.91 | 156,082.20 |
| Check | 06/11/2010 | 3686 | Connectivity Solutions Inc | | 0.00 | 156,082.20 |
| Bill | 06/25/2010 | 62007-0610 | American Express | computer hardware equip | 5,484.98 | 161,567.18 |
| Bill | 07/22/2010 | 121709 | Czarnowski | tradeshow booth | 8,168.00 | 169,735.18 |
| Bill | 07/27/2010 | 62007-0710 | American Express | computers | 17,033.14 | 186,768.32 |
| Bill | 07/28/2010 | 1795808 | BlueStar | demo handheld | 1,915.74 | 188,684.06 |
| Bill | 07/30/2010 | 4371 | HauteSpot | GER EWRAP | 1,626.37 | 190,310.43 |
| Bill | 07/30/2010 | 4369 | HauteSpot | | 0.00 | 190,310.43 |
| Bill | 08/06/2010 | 1804647 | BlueStar | GER demo use | 2,835.75 | 193,146.18 |
| Bill | 08/09/2010 | 216156 | Beam Distributing Inc | pelican case for shipping booth materials | 695.00 | 193,841.18 |
| Bill | 08/20/2010 | 4324 | HauteSpot | | 0.00 | 193,841.18 |
| Bill | 08/31/2010 | 10014 | HauteSpot | | 0.00 | 193,841.18 |
| Bill | 09/07/2010 | 2007-0810 | American Express | computers/accessories | 11,943.65 | 205,784.83 |
| Bill | 09/28/2010 | 62007-0910 | American Express | misc computer equip | 4,092.32 | 209,877.15 |
| Bill | 09/28/2010 | 4411 | HauteSpot | Capital Shield expenses | 0.00 | 209,877.15 |
| Bill | 09/29/2010 | 1854869 | BlueStar | batteries/charger kits | 3,462.10 | 213,339.25 |
| Bill | 10/04/2010 | 1860381 | BlueStar | Capital Shield demo units-to be returned | 15,233.48 | 228,572.73 |
| Bill | 10/11/2010 | 3857 | Connectivity Solutions Inc | consulting svcs Capital Shield | 0.00 | 228,572.73 |
| Bill | 10/21/2010 | 10014 | HauteSpot | CapShield services | 0.00 | 228,572.73 |
| Bill | 10/26/2010 | 1884175 | BlueStar | ES400 demos | 689.26 | 229,261.99 |
| Bill | 11/01/2010 | 10479849 | BlueStar | MC65 demos | 2,326.50 | 231,588.49 |
| Bill | 11/02/2010 | 62007-1010 | American Express | computer equipment | 4,797.65 | 236,386.14 |
| Bill | 11/03/2010 | 586 | Connectivity Solutions Inc | consulting/CapShield | 0.00 | 236,386.14 |
| Credit | 11/04/2010 | 1693016 | BlueStar | return demo units | -4,827.74 | 231,558.40 |
| Credit | 12/02/2010 | 90049677 | BlueStar | Return damaged MC7596 handheld | -940.43 | 230,617.97 |
| Bill | 12/08/2010 | 1926266 | BlueStar | Replacement unit/MC75 | 940.43 | 231,558.40 |
| Bill | 12/09/2010 | 1927537 | BlueStar | GER demo units/MC65 (2) | 1,626.07 | 233,184.47 |
| General Journal | 12/27/2010 | GERKS | | Motorola deposit-reimburse portion of development team un | -2,835.75 | 230,348.72 |

1:39 PM
09/24/15
Accrual Basis

## Global Emergency Resources, LLC
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill | 12/27/2010 | 62007-1210 | American Express | computer equipment | 5,604.39 | 235,953.11 |
| Bill | 01/03/2011 | 4900 | Comtura Networks | computer equipment/servers | 68,215.28 | 304,168.39 |
| General Journal | 01/07/2011 | GERKS | | Deposit-Motorola reimbursement for CapShield units | -7,500.00 | 296,668.39 |
| Bill | 01/14/2011 | 4482 | HauteSpot | HauteWrap dual indoor wireless router | 1,999.99 | 298,668.38 |
| Bill | 01/27/2011 | 62007-0111 | American Express | computer equipment | 1,787.90 | 300,456.28 |
| General Journal | 01/31/2011 | LMGCPA | | To reclass Motorola check to rebates | 7,500.00 | 307,956.28 |
| Bill | 02/14/2011 | 1987324 | BlueStar | GER use-charging cradles | 1,408.72 | 309,365.00 |
| Bill | 02/15/2011 | 1987799 | BlueStar | 5 MC65 w/access-GER use | 3,961.79 | 313,326.79 |
| Bill | 02/22/2011 | 4478 | HauteSpot | domain registration | 0.00 | 313,326.79 |
| Bill | 02/24/2011 | 1998477 | BlueStar | MC65 charger-GER use | 79.05 | 313,405.84 |
| Bill | 02/24/2011 | 1998478 | BlueStar | MC65 charger-GER use | 97.34 | 313,503.18 |
| Bill | 02/24/2011 | 1996987 | BlueStar | MC65 cradle kit-GER use | 581.15 | 314,084.33 |
| General Journal | 02/28/2011 | LMGCPA | | To reclass de minimis purchases of Blue Star equipment on | -176.39 | 313,907.94 |
| Bill | 03/04/2011 | 4484 | HauteSpot | Feb consulting | 0.00 | 313,907.94 |
| Bill | 04/01/2011 | 2296 | HauteSpot | EWRAPS | 0.00 | 313,907.94 |
| Bill | 04/26/2011 | 62007-0411 | American Express | computer equipment | 2,373.73 | 316,281.67 |
| Bill | 04/30/2011 | 74500 | WPCS International Inc | GER equipment | 1,477.00 | 317,758.67 |
| Bill | 05/05/2011 | 2071945 | BlueStar | GER equipment | 419.89 | 318,178.56 |
| Bill | 05/09/2011 | JR1-11 | John W Richards | IP Slate tablet | 825.00 | 319,003.56 |
| Bill | 05/11/2011 | 4523 | HauteSpot | microNVRs, cameras, accessories-GER use | 3,157.75 | 322,161.31 |
| Bill | 06/23/2011 | 4586 | HauteSpot | replacement parts for damaged routers | 719.00 | 322,880.31 |
| Bill | 08/31/2011 | 2195282 | BlueStar | GER equip-IT team use | 1,270.80 | 324,151.11 |
| Bill | 09/12/2011 | 2205676 | BlueStar | Fingerprint reader 11120208000156 | 414.73 | 324,565.84 |
| Bill | 10/05/2011 | 902 | Connectivity Solutions Inc | GER EWRAP internal use | 800.00 | 325,365.84 |
| Bill | 11/11/2011 | 39944 | BlueStar | Motorola demo units | 5,929.87 | 331,295.71 |
| Check | 01/13/2012 | 4441 | American Express | new employee computers-M Pakradooni | 4,266.60 | 335,562.31 |
| Bill | 03/29/2012 | 988 | Global Emergency Resources LLC | GER EWRAP case | 400.00 | 335,962.31 |
| Bill | 06/26/2012 | 63005-0612 | American Express | Computers/accessories | 6,362.49 | 342,324.80 |
| General Journal | 07/10/2012 | ksger | John W Richards | Dr R-iPod Touch | 208.65 | 342,533.45 |
| Bill | 11/08/2012 | 71003-11 | American Express | Equipment purchase by Dr R | 473.99 | 343,007.44 |
| Bill | 02/07/2013 | RR1-13 | John W Richards | MBP 15.4/2.6/5GB 512GB Flash | 2,773.93 | 345,781.37 |
| Bill | 04/05/2013 | 2877293 | BlueStar | GER demo units/NVERS | 1,639.92 | 347,421.29 |
| Bill | 05/29/2013 | 2944173 | BlueStar | Equipment: Demo units | 3,981.60 | 351,402.89 |
| Bill | 06/05/2013 | 2952381 | BlueStar | warranty service: demo units | 618.75 | 352,021.64 |
| Bill | 07/03/2013 | 2 | D B Alchemy | office furniture/equipment | 17,500.00 | 369,521.64 |
| Bill | 07/09/2013 | 71003-0613 | American Express | Dell equipment | 2,773.80 | 372,295.44 |
| Credit | 07/15/2013 | 2998326 | BlueStar | Return 3 items: 13GER0526-1 | -2,065.50 | 370,229.94 |
| Bill | 08/06/2013 | 3028134 | BlueStar | MC67 demo units (2) | 3,683.16 | 373,913.10 |
| Bill | 08/06/2013 | DR7-13 | John W Richards | 4G iPad64 & Mini iPad32 | 1,291.00 | 375,204.10 |
| Bill | 08/09/2013 | 71003-0713 | American Express | 2 laptops: Joel Dineen and Tech Support | 3,253.50 | 378,457.60 |
| Bill | 08/23/2013 | DR8-13 | John W Richards | MacBook Pro | 1,500.00 | 379,957.60 |

121-2015-1513

1:39 PM
09/24/15
Accrual Basis

### Global Emergency Resources, LLC
### Account QuickReport
#### All Transactions

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Credit | 08/29/2013 | 3060775 | BlueStar | credit memo | -1,032.75 | 378,924.85 |
| Bill | 09/06/2013 | 71003-0813 | American Express | 4 dell desktops for QA dept | 4,492.16 | 383,417.01 |
| Bill | 12/06/2013 | 9584 | Ocozzio, Inc. | Lobby furniture | 2,000.00 | 385,417.01 |
| Bill | 12/27/2013 | 64003-1213 | American Express | 2 desktops/monitors for MikeA and DavidV | 3,788.30 | 389,205.31 |
| Bill | 01/27/2014 | 64003-0114 | American Express | Dell computers | 5,260.00 | 394,465.31 |
| Bill | 03/28/2014 | 4003-0314 | American Express | Sharp TV for scrum room | 3,507.67 | 397,972.98 |
| Bill | 05/20/2014 | AB3-14 | Adam Buckley | iPad Mini: Adam | 560.46 | 398,533.44 |
| Bill | 05/27/2014 | 64003-0514 | American Express | computers/new employees | 18,251.20 | 416,784.64 |
| Bill | 06/26/2014 | 64003-0614 | American Express | new employee computer equipment | 9,927.24 | 426,711.88 |
| General Journal | 08/14/2014 | kbs | Dataphone | Wire transfer: Dataphone | 4,294.00 | 431,005.88 |
| Bill | 08/25/2014 | MG23A-14 | Mark Goodell | refurbished Panasonic Toughbook | 2,269.89 | 433,275.77 |
| Bill | 08/29/2014 | 64003-0814 | American Express | computers/handhelds | 18,343.67 | 451,619.44 |
| Bill | 09/26/2014 | 64003-0914 | American Express | Computer equipment/B Banker/D King | 6,720.83 | 458,340.27 |
| Bill | 10/16/2014 | 3522128 | Global Emergency Resources LLC | Zebra printer | 3,740.00 | 462,080.27 |
| Bill | 10/27/2014 | 64003-1014 | American Express | Laptops,monitors for employees | 7,629.52 | 469,709.79 |
| Bill | 10/30/2014 | 3843586 | Global Emergency Resources LLC | Demo unit to be returned later | 732.68 | 470,442.47 |
| Bill | 11/26/2014 | 64003-1114 | American Express | GER devices for testing | 2,573.39 | 473,015.86 |
| Bill | 12/26/2014 | 64005-1214 | American Express | GER misc items | 774.30 | 473,790.16 |
| General Journal | 12/30/2014 | kbs | SupraTech | Getac F110 Tablet Expansion Port/Barcode Reader | 2,814.90 | 476,605.06 |
| Bill | 01/27/2015 | 64003-0115 | American Express | GER equipment/J Tower laptop | 4,566.05 | 481,171.11 |
| Bill | 02/24/2015 | 64003-0215 | American Express | GER equipment/Karen computer | 4,685.17 | 485,856.28 |
| Bill | 03/27/2015 | 964003-0315 | American Express | SSD equipment | 1,909.91 | 487,766.19 |
| Bill | 04/29/2015 | AB6-15 | Adam Buckley | Surface Pro computer for A Buckley | 1,538.63 | 489,304.82 |
| | | | | | 489,304.82 | 489,304.82 |

**Total 1505 · Furniture/Office Equipment**

**1515 · Trademark/Licenses**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| General Journal | 12/31/2009 | lmgcpa | | To book beginning balance sheet per audit report as of 12/3 | 875.00 | 875.00 |
| | | | | | 875.00 | 875.00 |

**Total 1515 · Trademark/Licenses**

**1516 · Computer Equipment**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| General Journal | 12/31/2012 | LMGCPA-AUDI | | TO RECORD CAPITAL LEASE | 363,432.00 | 363,432.00 |
| General Journal | 12/31/2012 | LMGCPA-AUDI | | TO RECORD CAPITAL LEASE | 28,892.00 | 392,324.00 |
| General Journal | 12/31/2014 | ksger | Cisco Capital | to adjust a/p error | 28,191.00 | 420,515.00 |
| | | | | | 420,515.00 | 420,515.00 |

**Total 1516 · Computer Equipment**

**1520 · Computer Software**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| General Journal | 12/31/2009 | lmgcpa | | To book beginning balance sheet per audit report as of 12/3 | 24,129.05 | 24,129.05 |
| Check | 02/10/2010 | eff021010 | Ingram Micro, Inc. | office expense | 2,713.86 | 26,842.91 |
| Bill | 05/03/2010 | 62007-0410 | American Express | software | 1,018.20 | 27,861.11 |
| Bill | 09/28/2010 | 62007-0910 | American Express | software | 39.90 | 27,901.01 |
| General Journal | 09/30/2010 | lmgcpa | | To reclass to expense | -39.90 | 27,861.11 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Global Emergency Resources, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Action Capital Corporation**<br>Creditor's Name<br><br>**c/o CT Corporation System**<br>**330 N Brand Blvd, Suite 700**<br>**Glendale, CA 91203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Over 90 days old: #2 Contract CW39125**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $210,000.00 | $249,000.00 |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Action Capital Corporation**<br>**2. ProSphere Tek, Inc.** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Arjun Chanmugam, MD**<br>Creditor's Name<br><br>**3161 Edgewood Road**<br>**Ellicott City, MD 21043**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**January 16, 2016**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Copyright Registration Number TX0006251367**<br><br>Describe the lien<br>**Potential Unperfected Llen in IP Assets**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $50,000.00 | $100,000.00 |

---

Debtor   **Global Emergency Resources, LLC**
    Name

Case number (if know) _____

---

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. ProSphere Tek, Inc.** | ☐ Unliquidated |
| **2. Louis E Antosek, MD** | ☐ Disputed |
| **3. Arjun Chanmugam, MD** | |

---

| 2.3 | **Louis E Antosek, MD** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Copyright Registration Number TX0006251367** | | |
| | **233 N Federal Highway, Suite 59 Dania, FL 33004** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Potential Unperfected Lien in IP Assets** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **January 1, 2016** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.2** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **ProSphere Tek, Inc.** | **Describe debtor's property that is subject to a lien** | $115,000.00 | $100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Copyright Registration Number TX0006251367** | | |
| | | **IP Assets** | | |
| | | **Please see Exhibit "A"** | | |
| | **110 King Street, Suite 200 Alexandria, VA 22301** | **#2 Contract CW39125** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Recorded UCC-1 & Copyright Security Agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **July 1, 2016** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.2** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Security Federal Bank** | **Describe debtor's property that is subject to a lien** | $150,000.00 | $263,223.05 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Global Emergency Resources, LLC**

Name

Case number (if know)

| | |
|---|---|
| Creditor's Name | **Please see Exhibit "A"** |
| **7004 Evans Town Center Blvd** | |
| **Evans, GA 30809** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **March, 2016** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Security Federal Bank** | |
| **2. ProSphere Tek, Inc.** | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $575,000.00

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daniel H. DuVal**<br>**Cohen Mohr LLP**<br>**1055 Thomas Jefferson St NW Ste 504**<br>**Washington, DC 20007** | Line   **2.4** | |
| **Mark Cleary**<br>**1223 George C. Wilson Court**<br>**Augusta, GA 30909** | Line   **2.4** | |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Global Emergency Resources, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alabama Department of Labor**<br>**50 N Ripley Street**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$76.00** | **$76.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**State Unemployment Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**50 N Ripley Street**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,905.66** | **$1,905.66** |
| | Date or dates debt was incurred | Basis for the claim:<br>**State Withholding Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **Global Emergency Resources, LLC**                            Case number (if known)
      Name

| | | | | |
|---|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,360.96 | $2,360.96 |
| | **California Department of Revenue** | *Check all that apply.* | | |
| | **PO Box 942857** | ☐ Contingent | | |
| | **Sacramento, CA 94257-0631** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **State Withholding Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.00 | $261.00 |
| | **DC Department of Labor** | *Check all that apply.* | | |
| | **PO Box 96664** | ☐ Contingent | | |
| | **Washington, DC 20090-6664** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **State Unemployment Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,578.76 | $2,578.76 |
| | **DC Department of Revenue** | *Check all that apply.* | | |
| | **PO Box 96385** | ☐ Contingent | | |
| | **Washington, DC 20090-6385** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **State Withholding Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,820.92 | $2,820.92 |
| | **Georgia Department of Labor** | *Check all that apply.* | | |
| | **148 Andrew Young Internaltional Blvd NE** | ☐ Contingent | | |
| | **Suite 826** | ☐ Unliquidated | | |
| | **Atlanta, GA 30303-1751** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **State Unemployment Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

Debtor   **Global Emergency Resources, LLC**

Name                                                        Case number (if known)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,674.71 | $27,674.71 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**Bankruptcy Section**
P.O. Box 161108
Atlanta, GA 30321

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Withholding Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,564.30 | $100,564.30 |
|---|---|---|---|---|

**IRS**
**Insolvency Stop 334D Rm 400**
**401 W. Peachtree Street NW**
Atlanta, GA 30308

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.20 | $576.20 |
|---|---|---|---|---|

**IRS**
**Insolvency Stop 334D Rm 400**
**401 W. Peachtree Street NW**
Atlanta, GA 30308

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FUTA**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.79 | $488.79 |
|---|---|---|---|---|

**Michigan Department of Revenue**
**Office of Collections**
PO Box 30199
**Lansing, MI 48909-7699**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Withholding Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Global Emergency Resources, LLC**                        Case number *(if known)*
     Name

| | | | |
|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.07    $385.07 |

Priority creditor's name and mailing address

**Pennsylvania Department of Labor**
**Office of UC Tax Services**
**PO Box 60848**
**Harrisburg, PA 17106-0848**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$385.07    $385.07

Date or dates debt was incurred

Basis for the claim:
**State Unemployment Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.12   Priority creditor's name and mailing address

**Pennsylvania Department of**
**Revenue**
**Office of UC Tax Services**
**PO Box 60848**
**Harrisburg, PA 17106-0848**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,068.66    $3,068.66

Date or dates debt was incurred

Basis for the claim:
**State Withholding Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|
| | |

| | | |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$351,611.09** |

3.1   Nonpriority creditor's name and mailing address

**American Express Business Platinum**
**PO Box 1270**
**Newark, NJ 07101-1270**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$351,611.09**

Date(s) debt was incurred _

Last 4 digits of account number   6500

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.2   Nonpriority creditor's name and mailing address

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6493**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$93,009.93**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.3   Nonpriority creditor's name and mailing address

**Augusta License & Inspection Dept**
**PO Box 9270**
**Augusta, GA 30916-9270**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$864.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Global Emergency Resources, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,934.18 |
|---|---|---|---|

**BlueStar**
**7419 Reliable Parkway**
**Chicago, IL 60686**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Capital One Visa Credit Card**
**PO Box 105474**
**Atlanta, GA 30348-5474**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,253.31 |
|---|---|---|---|

**CenturyLink**
**PO Box 52187**
**Phoenix, AZ 85072-2187**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,110.00 |
|---|---|---|---|

**Charles Plinta**
**466 Centereville Pkwy**
**Slippery Rock, PA 16057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,933.19 |
|---|---|---|---|

**Cisco Webex**
**16720 Collection Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,976.72 |
|---|---|---|---|

**Comcast**
**PO Box 105184**
**Atlanta, GA 30348**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.50 |
|---|---|---|---|

**Dept of Consumer/Regulatory Affairs**
**Corporations Division**
**PO Box 92300**
**Washington, DC 20090**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Global Emergency Resources, LLC**                     Case number (*if known*)

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Dewey Holland**
**270 Camelback Court**
**Augusta, GA 30907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,710.00 |
|---|---|---|---|

**Diatom Enterprises SIA**
**Straupes 5, K-1**
**Riga, LV-1073**
**Lativa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.78 |
|---|---|---|---|

**Employment Development Dept**
**PO Box 826880**
**Sacramento, CA 94280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.12 |
|---|---|---|---|

**Fedex**
**PO Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,348.00 |
|---|---|---|---|

**Flipside East Lodge House**
**116 High Street**
**Cranleigh UK  GU68AJ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401.00 |
|---|---|---|---|

**InCorp Services, INc.**
**PO Box 94438**
**Las Vegas, NV 89193-4438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,227.03 |
|---|---|---|---|

**IRS**
**Insolvency Stop 334D Rm 400**
**401 W. Peachtree Street NW**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Penalty/Interest_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Global Emergency Resources, LLC**                                    Case number *(if known)*
_____
Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**John W. Richards, Jr., MD**
**3914 Mullikan Road**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 20, 2013**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,145.00** |
|---|---|---|---|

**Lindsai Gentry, CPA**
**PO Box 688**
**Waynesboro, GA 30830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.39** |
|---|---|---|---|

**MCG Health**
**1120 15th Street**
**Augusta, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$697.44** |
|---|---|---|---|

**Pitney Bowes**
**Attn:  Box 371887**
**500 Ross Street, Ste 154-0470**
**Pittsburgh, PA 15262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**ProPower Emergency Supply**
**116 Reynolds Lane**
**West Grove, PA 19390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,350.00** |
|---|---|---|---|

**Serrota Maddox & Evans Co, CPA**
**701 Greene Street, Suite 200**
**Augusta, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,041.25** |
|---|---|---|---|

**SiteVision, Inc.**
**1011 Second Street, SW**
**Roanoke, VA 24016-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Global Emergency Resources, LLC**                              Case number (if known)
_____
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,203,439.97 |
|---|---|---|---|

**Vet Fed Resources, Inc**
**2034 Eisenhower Avenue, Suite 270**
**Alexandria, VA 22314-4678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,775.00 |
|---|---|---|---|

**Vilmate, LLC**
**50th Street Global Plaza Tower**
**19th Floor Suite H**
**Panama City, Panama**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eric N Van DeWater**<br>**660 Peachtree Dunwoody Road**<br>**600 Embassy Row, Suite 150**<br>**Atlanta, GA 30328** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 142,761.03 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,030,381.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,173,142.93 |

**Fill in this information to identify the case:**

Debtor name  **Global Emergency Resources, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest **Lease of Commercial Office Building/Office Equipment** |  |
| State the term remaining **Month to Month** | **J-Gar, Inc.**<br>**Indigo Properties, LP**<br>**PO Box 260**<br>**Augusta, GA 30903** |
| List the contract number of any government contract _____ |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Global Emergency Resources, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Stanley J Kuzia, Jr.** | **4115 Hammonds Ferry Evans, GA 30809** | **Security Federal Bank** | ■ D   **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Stanley J Kuzia, Jr.** | **4115 Hammonds Ferry Evans, GA 30809** | **American Express Business Platinum** | ☐ D _____ <br> ■ E/F   **3.1** <br> ☐ G _____ |
| 2.3 | **Stanley J Kuzia, Jr.** | **4115 Hammonds Ferry Evans, GA 30809** | **Capital One Visa Credit Card** | ☐ D _____ <br> ■ E/F   **3.5** <br> ☐ G _____ |
| 2.4 | **Stanley J Kuzia, Jr.** | **4115 Hammonds Ferry Evans, GA 30809** | **Action Capital Corporation** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Global Emergency Resources, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Augusta Capital, LLC**<br>**c/o Clayton P Boardman, III**<br>**PO Box 3366**<br>**Augusta, GA 30914** | | **0.008706718** | |
| **Douglas Hertz**<br>**5500 United Drive**<br>**Smyrna, GA 30082** | | **5.555652041** | |
| **Dr. John W. Richards, Jr**<br>**3914 Mullikin Road**<br>**Evans, GA 30809** | | **0.902126449** | |
| **H. Monty Osteen, Jr.**<br>**604 Milledge Road**<br>**Augusta, GA 30904** | | **2.406938478** | |
| **John W. Cunningham**<br>**105 Club Villa Drive East**<br>**Aiken, SC 29803** | | **0.003027523** | |
| **Stanley J Kuzia, Jr.**<br>**4115 Hammonds Ferry**<br>**Evans, GA 30809** | | **79.856586652** | |
| **VetFed Resources, Inc**<br>**2034 Eisenhower Avenue, Suite 270**<br>**Alexandria, VA 22314-4678** | | **4.519217245** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO and Chairman of the Board** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July  6, 2016**

Signature  **/s/ Stan J. Kuzia Jr**

**Stan J. Kuzia Jr**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Global Emergency Resources, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter   **11** _____

## CERTIFICATION OF CREDITOR MAILING MATRIX

The purpose of the Certification of Creditor Mailing Matrix form is to certify that the creditor
information provided on the diskette (or by ECF submission) matches **exactly** the creditor
information provided on the schedules. Accordingly, I hereby certify under penalty of perjury that
the master mailing list of creditors submitted on computer diskette or electronically via the
CM/ECF system is a true, correct and complete listing to the best of my knowledge and that the
names and number of creditors provided on the diskette/ECF submission corresponds exactly to
the creditor information listed on the schedules.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are
the shared responsibility of the debtor and the debtor's attorney; (2) the court will rely on the
creditor listing for all mailings; (3) the various schedules and statements required by the
Bankruptcy Rules are not used for mailing purposes; and (4) that debtor, attorney and trustee
information is not included on the diskette or electronic submission.

The master mailing list of creditors is submitted via:

☐   computer diskette listing a total of _____ creditors which corresponds exactly to the
schedules; or

■   electronic means (ECF) listing a total of __**48**__ creditors which corresponds exactly to
the schedules.


**/s/ Stan J. Kuzia Jr** _____
**Stan J. Kuzia Jr**
Debtor


**/s/ Todd Boudreaux** _____
**Todd Boudreaux 070023**
Attorney for Debtor(s)

Date:   __**July  6, 2016**__

*Revised:  10/05*

EXHIBIT 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

GLOBAL EMERGENCY RESOURCES, LLC
1030 STEVENS CREEK ROAD
AUGUSTA GA 30907

BLUESTAR
7419 RELIABLE PARKWAY
CHICAGO IL 60686

DC DEPARTMENT OF REVENUE
PO BOX 96385
WASHINGTON DC 20090-6385


TODD BOUDREAUX
BOUDREAUX LAW FIRM
493 FURYS FERRY ROAD
AUGUSTA, GA 30907

CALIFORNIA DEPARTMENT OF REVENUE
PO BOX 942857
SACRAMENTO CA 94257-0631

DEPT OF CONSUMER/REGULATORY A
CORPORATIONS DIVISION
PO BOX 92300
WASHINGTON DC 20090


ACTION CAPITAL CORPORATION
C/O CT CORPORATION SYSTEM
330 N BRAND BLVD, SUITE 700
GLENDALE CA 91203

CAPITAL ONE VISA CREDIT CARD
PO BOX 105474
ATLANTA GA 30348-5474

DEWEY HOLLAND
270 CAMELBACK COURT
AUGUSTA GA 30907


ALABAMA DEPARTMENT OF LABOR
50 N RIPLEY STREET
MONTGOMERY AL 36132

CENTURYLINK
PO BOX 52187
PHOENIX AZ 85072-2187

DIATOM ENTERPRISES SIA
STRAUPES 5, K-1
RIGA, LV-1073
LATIVA


ALABAMA DEPARTMENT OF REVENUE
50 N RIPLEY STREET
MONTGOMERY AL 36132

CHARLES PLINTA
466 CENTEREVILLE PKWY
SLIPPERY ROCK PA 16057

EMPLOYMENT DEVELOPMENT D
PO BOX 826880
SACRAMENTO CA 94280


AMERICAN EXPRESS BUSINESS PLATINUM
PO BOX 1270
NEWARK NJ 07101-1270

CISCO WEBEX
16720 COLLECTION CENTER DRIVE
CHICAGO IL 60693

ERIC N VAN DEWATER
660 PEACHTREE DUNWOODY RO
600 EMBASSY ROW, SUITE 150
ATLANTA GA 30328


ARJUN CHANMUGAM, MD
3161 EDGEWOOD ROAD
ELLICOTT CITY MD 21043

COMCAST
PO BOX 105184
ATLANTA GA 30348

FEDEX
PO BOX 660481
DALLAS TX 75266-0481


AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6493

DANIEL H. DUVAL
COHEN MOHR LLP
1055 THOMAS JEFFERSON ST NW STE 504
WASHINGTON DC 20007

FLIPSIDE EAST LODGE HOUSE
116 HIGH STREET
CRANLEIGH UK  GU68AJ


AUGUSTA LICENSE & INSPECTION DEPT
PO BOX 9270
AUGUSTA GA 30916-9270

DC DEPARTMENT OF LABOR
PO BOX 96664
WASHINGTON DC 20090-6664

GEORGIA DEPARTMENT OF LAB
148 ANDREW YOUNG INTERNATL
SUITE 826
ATLANTA GA 30303-1751

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 161108
ATLANTA GA 30321

MICHIGAN DEPARTMENT OF REVENUE
OFFICE OF COLLECTIONS
PO BOX 30199
LANSING MI 48909-7699

STANLEY J KUZIA, JR.
4115 HAMMONDS FERRY
EVANS GA 30809

INCORP SERVICES, INC.
PO BOX 94438
LAS VEGAS NV 89193-4438

PENNSYLVANIA DEPARTMENT OF LABOR
OFFICE OF UC TAX SERVICES
PO BOX 60848
HARRISBURG PA 17106-0848

VET FED RESOURCES, INC
2034 EISENHOWER AVENUE, SUI 27
ALEXANDRIA VA 22314-4678

IRS
INSOLVENCY STOP 334D RM 400
401 W. PEACHTREE STREET NW
ATLANTA GA 30308

PENNSYLVANIA DEPARTMENT OF REVENUE
OFFICE OF UC TAX SERVICES
PO BOX 60848
HARRISBURG PA 17106-0848

VINMATE, LLC
50TH STREET GLOBAL PLAZA TO
19TH FLOOR SUTE H
PANAMA CITY, PANAMA

J-GAR, INC.
INDIGO PROPERTIES, LP
PO BOX 260
AUGUSTA GA 30903

PITNEY BOWES
ATTN:  BOX 371887
500 ROSS STREET, STE 154-0470
PITTSBURGH PA 15262

JOHN W. RICHARDS, JR., MD
3914 MULLIKAN ROAD
EVANS GA 30809

PROPOWER EMERGENCY SUPPLY
116 REYNOLDS LANE
WEST GROVE PA 19390

LINDSAI GENTRY, CPA
PO BOX 688
WAYNESBORO GA 30830

PROSPHERE TEK, INC.
110 KING STREET, SUITE 200
ALEXANDRIA VA 22301

LOUIS E ANTOSEK, MD
233 N FEDERAL HIGHWAY, SUITE 59
DANIA FL 33004

SECURITY FEDERAL BANK
7004 EVANS TOWN CENTER BLVD
EVANS GA 30809

MARK CLEARY
1223 GEORGE C. WILSON COURT
AUGUSTA GA 30909

SERROTA MADDOX & EVANS CO, CPA
701 GREENE STREET, SUITE 200
AUGUSTA GA 30901

MCG HEALTH
1120 15TH STREET
AUGUSTA GA 30901

SITEVISION, INC.
1011 SECOND STREET, SW
ROANOKE VA 24016-4409

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Global Emergency Resources, LLC**

            Debtor(s)

Case No. _____

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Global Emergency Resources, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  6, 2016**
_____
Date

**/s/ Todd Boudreaux**
_____
**Todd Boudreaux 070023**
Signature of Attorney or Litigant
Counsel for    **Global Emergency Resources, LLC**
**Boudreaux Law Firm**
**493 Furys Ferry Road**
**Augusta, GA 30907**
**706-869-1334 Fax:706-869-3143**