IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| GLOBAL EMERGENCY RESOURCES, LLC, | ) | CASE NO. 16-10908-SDB |
| Debtor | ) | |

## MOTION TO AUTHORIZE PAYMENT OF PRE-PETITION PAYROLL CLAIMS

Global Emergency Resources, LLC (the "Debtor") files this Motion seeking an order authorizing the Debtor to pay pre-petition payroll claims, showing as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§1157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. On July 6, 2016 (the "Petition Date"), the Debtor filed a voluntary petition with the Court under Chapter 11 of the Bankruptcy Code.

3. The Debtor has remained in possession of its assets and has continued to operate and manage its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. As of the date this motion was filed, no official committee of unsecured creditors has been appointed and no request has been made for the appointment of a trustee or examiner.

5. As of the Petition Date, the Debtor owed unpaid wages and salaries to employees of the Debtor for services provided by the employees to the Debtor from June 1, 2016 through June 30, 2016. A list of the gross amounts owed (including withholding and employment taxes) is attached hereto as Exhibit "A" and is hereby incorporated by this reference.

6. The wages, salaries and/or commissions owed to the listed employees were earned within 180 days prior to the Petition Date. These claims are therefore entitled to priority status pursuant to 11 U.S.C. §507(a)(4).

7. All of the employees listed in Exhibit "A" remain employed by the Debtor subsequent to the Petition Date. It is necessary for the Debtor to retain all of these employees post-petition to continue the ongoing business operations of the Debtor. In the event these employees terminate their employment subsequent to the Petition Date due to non-payment of these amounts owed, the Debtor will be unable to continue servicing its customers, negatively impacting the Debtor's ability to propose a successful plan of reorganization and negatively affecting the asset values in the event of a sale.

8. Paying the full amount of the pre-petition wages, salaries and commissions owed to the listed employees is a reasonable and necessary expense of maintaining the value of the Debtor's assets and is in the best interest of the Chapter 11 Estate and the creditors of the Debtor.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to pay the pre-petition wages, salaries and commissions itemized in Exhibit "A" and totaling $86,257.16 (including withholdings and employment taxes), and grant such other and further relief as is just and proper.

This ___ day of July, 2016.

s/Todd Boudreaux
TODD BOUDREAUX
Attorney for Debtor
Georgia Bar No. 070023

BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334

| GER Projected July 1 Payroll | | |
|---|---|---|
| **EMPLOYEE** | | **GROSS** |
| A.B. | Field Sales Support | $ 5,459.78 |
| A.D. | Developer | $ 7,012.15 |
| D.V. | Support | $ 6,291.98 |
| E.B. | President | $ 12,586.92 |
| M.G. | Director | $ 5,874.31 |
| M.F. | Developer | $ 4,614.82 |
| M.A. | ISO/CIO | $ 8,398.56 |
| R.V. | Acting CTO | $ 14,279.40 |
| V.R. | QA/ Tech Support Manager | $ 6,739.24 |
| S.K. | CEO/Chairman | $ 15,000.00[1] |
| | | $ 86,257.16 |

---

[1] The amount of these claims are entitled to priority status up to $12,475.00 pursuant to 11 U.S.C. §507(a)(4).

## CERTIFICATE OF SERVICE

This is to certify that a copy of the **MOTION TO AUTHORIZE PAYMENT OF PRE-PETITION PAYROLL CLAIMS** was served upon the following parties by depositing said copy in the United States mail with adequate postage affixed, for the safe and proper delivery, addressed as follows:

Office of the U.S. Trustee
*Via ECF/Electronic Notification*

This ___ day of July, 2016.

*s/ Todd Boudreaux*
TODD BOUDREAUX
Attorney for Debtor
Georgia State Bar No. 070023

BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| GLOBAL EMERGENCY RESOURCES, LLC, | ) | CASE NO. 16-10908-SDB |
| Debtor | ) | |

### ORDER ON MOTION TO AUTHORIZE PAYMENT OF PRE-PETITION PAYROLL CLAIMS

The Debtor filed a Motion requesting that the Court authorize the Debtor to pay pre-petition claims held by employees of the Debtor for wages, salary and commissions earned from June 1, 2016 through June 30, 2016. The Debtor also filed a Motion for Expedited Hearing to obtain the authority to pay the pre-petition payroll claims on or before July 9, 2016 to prevent the employees from terminating their employment with the Debtor. After adequate notice and opportunity for hearing, and hearing no objections to the relief requested, it is hereby

ORDERED, that the Debtor's motion for authority to pay pre-petition payroll claims is GRANTED; it is further

ORDERED, that the Debtor is authorized to pay the claims itemized in Exhibit "A" attached to the Debtor's Motion, in the total gross amount of $86,257.16.

### [END OF DOCUMENT]

Order prepared and presented by:

*s/Todd Boudreaux*
Todd Boudreaux
Attorney for Debtor
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334