IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| GLOBAL EMERGENCY RESOURCES, LLC, | ) | CASE NO. 16-10908-SDB |
| Debtor | ) | |

## MOTION FOR EXPEDITED HEARINGS

The Debtor filed motions in the instant Chapter 11 case seeking authority to incur debt and seeking authority to pay pre-petition payroll claims. The Debtor respectfully requests that the Court schedule an expedited hearing on both of the Debtor's pending motions on or before Friday, July 9, 2016, showing as follows:

1.

On July 6, 2016 (the "Petition Date"), the Debtor filed a voluntary petition with the Court under Chapter 11 of the Bankruptcy Code.

2.

The Debtor has remained in possession of its assets and continues to operate and manage its business as a debtor-in-possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

3.

As of the date of this filing, no official committee of unsecured creditors has been appointed, and no request has been made for the appointment of a trustee or examiner.

4.

The Debtor specializes in software development and systems integration to create a Common Operating Picture and Situational Awareness for critical disease surveillance, patient and asset tracking during emergency and daily operations. For over ten (10) years, GER has successfully integrated systems for a wide variety of healthcare markets at the local, state, regional and national levels. From the initial planning stages through development, installation,

training, exercises and drills, GER provides true systems integration and implementation for its First Responder, Fire and EMS Customers. GER is focused upon developing applications that bridge the communication gaps existing between Fire/EMS/Public Health and other Medical providers at the local, state and federal level.

5.

The Debtor currently needs funds from the proposed DIP financing arrangement to maintain its ongoing operations. Additionally, the Debtor needs to pay the pre-petition payroll claims itemized in the Motion to prevent the employees that are necessary to the operation of the Debtor's business from terminating their employment.

6.

The employees that need to be paid have not been paid for working between June 1, 2016 through June 30, 2016, and the Debtor seeks authority to immediately pay those payroll claims.

7.

The Debtor is in the process of negotiating the sale of substantially all of the assets of the Debtor and intends to file that motion within the next week. However, if the Debtor is unable to obtain the DIP financing and unable to retain its key employees, the case will be converted to a Chapter 7 and liquidated by a Trustee. In that event, the value of the assets of the Debtor would be significantly decreased, as all of the customers of the Debtor would necessarily find alternate providers.

WHEREFORE, the Debtor respectfully requests that the Court set an expedited hearing on the Motion to Incur Debt and Motion to Pay Pre-Petition Employment Claims on or before Friday, July 9, 2016, and grant such other and further relief as is just and proper.

Respectfully submitted this 6th day of July, 2016.

*s/ Todd Boudreaux*
TODD BOUDREAUX
Attorney for Debtor
Georgia State Bar No. 070023

BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706) 869-1334

## CERTIFICATE OF SERVICE

This is to certify that a copy of the **MOTION FOR EXPEDITED HEARING** was served upon the following parties by depositing said copy in the United States mail with adequate postage affixed, for the safe and proper delivery, addressed as follows:

Office of the U.S. Trustee
*Via Electronic Notice*

This 6th day of July, 2016.

*s/ Todd Boudreaux*
TODD BOUDREAUX
Attorney for Debtor
Georgia State Bar No. 070023

BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| GLOBAL EMERGENCY RESOURCES, LLC, | ) | CASE NO. 16-10908-SDB |
| Debtor | ) | |

## ORDER ON MOTION FOR EXPEDITED HEARING

The Debtor filed a motion for expedited hearing on its Motion to Incur Debt and Motion to Pay Pre-Petition Employment Claims. It is therefore

ORDERED, that hearing on the Debtor's Motions shall be scheduled and Notice of Hearing issued by the United States Bankruptcy Court for the Southern District of Georgia, Augusta Division.

[END OF DOCUMENT]

Order prepared and presented by:

*s/ Todd Boudreaux*
Todd Boudreaux
Attorney for Debtor
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334