| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Global Emergency Resources, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | **16-10908** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express Business Platinum<br>PO Box 1270<br>Newark, NJ 07101-1270 | | | | | | $351,611.09 |
| Arjun Chanmugam, MD<br>3161 Edgewood Road<br>Ellicott City, MD 21043 | | Copyright Registration Number TX0006251367 | | $50,000.00 | $100,000.00 | $50,000.00 |
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6493 | | | | | | $93,009.93 |
| BlueStar<br>7419 Reliable Parkway<br>Chicago, IL 60686 | | | | | | $15,934.18 |
| Capital One Visa Credit Card<br>PO Box 105474<br>Atlanta, GA 30348-5474 | | | | | | $20,000.00 |
| CenturyLink<br>PO Box 52187<br>Phoenix, AZ 85072-2187 | | | | | | $14,253.31 |
| Dewey Holland<br>270 Camelback Court<br>Augusta, GA 30907 | | | | | | $100,000.00 |
| Diatom Enterprises SIA<br>Straupes 5, K-1<br>Riga, LV-1073<br>Lativa | | | | | | $69,710.00 |

Debtor **Global Emergency Resources, LLC**  
Name

Case number *(if known)* **16-10908**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Flipside East Lodge House**<br>**116 High Street**<br>**Cranleigh UK**<br>**GU68AJ** | | | | | | **$48,348.00** |
| **Georgia Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 161108**<br>**Atlanta, GA 30321** | | **State Withholding Taxes** | | | | **$27,674.71** |
| **IRS**<br>**Insolvency Stop 334D Rm 400**<br>**401 W. Peachtree Street NW**<br>**Atlanta, GA 30308** | | **Penalty/Interest** | | | | **$7,227.03** |
| **IRS**<br>**Insolvency Stop 334D Rm 400**<br>**401 W. Peachtree Street NW**<br>**Atlanta, GA 30308** | | **941 Taxes** | | | | **$100,564.30** |
| **John W. Richards, Jr., MD**<br>**3914 Mullikan Road**<br>**Evans, GA 30809** | | | | | | **$1,000,000.00** |
| **Lindsai Gentry, CPA**<br>**PO Box 688**<br>**Waynesboro, GA 30830** | | **Accounting fees** | | | | **$10,145.00** |
| **Louis E Antosek, MD**<br>**233 N Federal Highway, Suite 59**<br>**Dania, FL 33004** | | **Copyright Registration Number TX0006251367** | | **$50,000.00** | **$100,000.00** | **$50,000.00** |
| **ProSphere Tek, Inc.**<br>**110 King Street, Suite 200**<br>**Alexandria, VA 22301** | | **Over 90 days old: #2 Contract CW39125** | | **$115,000.00** | **$249,000.00** | **$76,000.00** |
| **ProSphere Tek, Inc.**<br>**110 King Street, Suite 200**<br>**Alexandria, VA 22301** | | **Copyright Registration Number TX0006251367 Potential Unperfected Lien in IP Assets Please see Exhibit "A"**<br>**#2 Contract CW39125** | | **$115,000.00** | **$100,000.00** | **$115,000.00** |

Debtor **Global Emergency Resources, LLC**  
Name

Case number *(if known)* **16-10908**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Serrota Maddox & Evans Co, CPA**<br>**701 Greene Street, Suite 200**<br>**Augusta, GA 30901** | | **Accounting Fees** | | | | **$35,350.00** |
| **Vet Fed Resources, Inc**<br>**2034 Eisenhower Avenue, Suite 270**<br>**Alexandria, VA 22314-4678** | | | | | | **$2,203,439.97** |
| **Vilmate, LLC**<br>**50th Street Global Plaza Tower**<br>**19th Floor Sute H**<br>**Panama City, Panama** | | | | | | **$38,775.00** |