**IT IS ORDERED** as set forth below:



Date: July 8, 2016

_Susan D. Barrett_
Susan D. Barrett
United States Bankruptcy Judge

___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| GLOBAL EMERGENCY RESOURCES, LLC, ) | CASE NO. 16-10908-SDB |
| Debtor ) | |
| ) | |

### INTERIM ORDER ON DEBTOR'AS MOTION TO OBTAIN FINANCING

The Debtor filed this Chapter 11 case on July 6, 2016. Concurrently with the Chapter 11 filing, the Debtor filed a motion seeking authority to obtain post-petition Debtor-in-Possession ("DIP") financing. The Debtor attached as Exhibit "D" to the Motion the proposed DIP financing Note that the Debtor had negotiated with its pre-petition secured lender, Pro-Sphere Tek, Inc ("Lender"). The Debtor also filed a motion for an expedited hearing, which hearing was set for Friday, July 8, 2016 at 10:00 a.m. and the notice of hearing was properly served by the Debtor to all necessary parties. No party-in-interest filed an objection to the Motion prior to the hearing at which the Debtor, Lender, and the United States Trustee appeared.

At the hearing held on July 8, 2016, the Debtor proffered evidence supporting the Debtor's post-petition operating budget immediately requiring $87,543.75 for the week ending July 8, 2016. The Debtor also proffered evidence regarding its cash flow through August 1, 2016, requiring funds totaling $35,443.36 for the week ending July 15, 2016, $5,196.67 for week ending July 22, 2016 and $9,720.00 for the week ending August 1, 2016, a total of $137,903.78. No party in interest objected to the proffered evidence or offered any evidence to controvert the information provided by the Debtor.

In the event the Debtor is not authorized to adequately fund its post-petition business operations, the resulting interruption of business operations would cause irreparable harm to the Debtor, the Chapter 11 Estate, and creditors of the Debtor. Interim relief is therefore required to prevent irreparable harm pending a entry of a final order on the Motion.

Based upon the pleadings filed and the evidence tendered at the interim hearing, it is hereby

ORDERED, that the motion to obtain post-petition financing is GRANTED IN PART ON AN INTERIM BASIS; it is further

ORDERED, that the Debtor is authorized to execute the Secured Promissory Note attached to the Motion as Exhibit "D," but that the Debtor is limited to borrowing from the Lender $137,903.78 prior to entry of a final order; it is further

ORDERED, that the Debtor will serve a copy of this INTERIM ORDER upon all parties in interest on July 8, 2016; it is further

ORDERED, that any party in interest intending to file an objection to the entry of a final order should file the objection and serve the objection on or before July 25, 2016. It is further

ORDERED, that the Court will conduct a hearing regarding entry of a final order on the 28th day of July, 2016 at 10:00 o'clock a.m.; it is further

ORDERED, that the Debtor's obligations to repay the post-petition funds borrowed from the Lender shall be secured to the same extent and pursuant to the same priorities that existed prior to the Chapter 11 filing but do not attach to any causes of action arising under Title 11, Chapter 5 of the Bankruptcy Code; it is further

ORDERED, that any unpaid amount of the Lender's claim from the post-petition disbursements pursuant to Exhibit "D" is entitled to priority status pursuant to 11 U.S.C. §364(c)(1) in the event that the collateral pledged to secure the post-petition loans to the Debtor fails to satisfy in full the Lender's post-petition claim.

**[END OF DOCUMENT]**

Order prepared and presented by:
*s/Todd Boudreaux*
Todd Boudreaux
Attorney for Debtor
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334

**Consent Signatures on Following Page**

Consented to:

*s/Mark Cleary*
Mark Cleary
Attorney for Pro-Sphere Tek, Inc.
1223 George C. Wilson Court
Augusta, GA 30909
(706)860-9995

*s/Joel Pashke*
Joel Paschke, Trial Attorney
Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA 31401