**IT IS ORDERED as set forth below:**



Date: July 29, 2016

_Susan D. Barrett_
Susan D. Barrett
United States Bankruptcy Judge

---

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| GLOBAL EMERGENCY RESOURCES, LLC, | ) | CASE NO. 16-10908-SDB |
| Debtor | ) | |
| | ) | |

### SECOND INTERIM ORDER ON DEBTOR'S MOTION TO OBTAIN FINANCING

The Debtor filed this Chapter 11 case on July 6, 2016. Concurrently with the Chapter 11 filing, the Debtor filed a motion seeking authority to obtain post-petition Debtor-in-Possession ("DIP") financing. The Debtor attached as Exhibit "D" to the Motion the proposed DIP financing Note ("DIP Note") that the Debtor had negotiated with its pre-petition secured lender, Pro-Sphere Tek, Inc ("Lender"). At the initial hearing held on July 8, 2016, no party-in-interest objected to the relief requested.

Following the July 8, 2016 hearing, the Court entered an Interim Order (Dkt No. 18) ("First Interim Order") approving the loan agreement, but limited the loan amount pending an anticipated final hearing. Security Federal Bank, NA ("Bank") subsequently filed the only timely objection to

entry of a final order. At a hearing held on July 28, 2016, the parties announced their consent to the Court entering this Second Interim Order, as evidenced by the signatures below. The parties agreed to incorporate by this reference the Court's findings of facts from the July 8, 2016 hearing and the findings of fact included in the First Interim Order. The parties also agreed to the Debtor obtaining an additional $150,000.00 from the Lender under the terms and conditions of the DIP Note as modified by the First Interim Order and this Second Interim Order.

Based upon the pleadings filed, the evidence tendered at the interim hearings and the consent of the parties, it is hereby

ORDERED, that the motion to obtain post-petition financing is GRANTED IN PART; it is further

ORDERED, that the Debtor is authorized to borrow from the Lender additional funds not to exceed $150,000.00 under the executed DIP Note; it is further

ORDERED, that the Debtor's obligation to repay the total amount of the post-petition funds borrowed ($287,903.78; $137,903.78 under the First Interim Order and $150,000.00 under this Second Interim Order) from the Lender shall be secured to the same extent and pursuant to the same priorities that existed prior to the Chapter 11 filing, but that security interest shall not attach to any cause of action arising under Title 11, Chapter 5 of the Bankruptcy Code; it is further

ORDERED, that any unpaid amount of the Lender's claim from the post-petition disbursements pursuant to the Interim Order and this Final Order is entitled to priority status pursuant to 11 U.S.C. §364(c)(1) in the event that the collateral pledged to secure the post-petition loans to the Debtor fails to satisfy in full the Lender's post-petition claim; it is further

ORDERED, that the Court will consider entering a final order on the Debtor's motion at a final hearing scheduled for August 10, 2016 at 10:00 a.m., Federal Justice Center, Plaza Building, 600 James Brown Blvd. (9th Street), Augusta, GA 30901.

[END OF DOCUMENT]

Order prepared and presented by:

*s/Todd Boudreaux*
Todd Boudreaux
Attorney for Debtor
Georgia State Bar No. 070023
BOUDREAUX LAW FIRM
493 Furys Ferry Road
Augusta, GA 30907
(706)869-1334

Consented to:

*s/Mark Cleary*
Mark Cleary
Attorney for Pro-Sphere Tek, Inc.
1223 George C. Wilson Court
Augusta, GA 30909
(706)860-9995

*s/Joel Paschke*
Joel Paschke, Trial Attorney
Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA 31401

*s/Robert C. Hagler*
Robert C. Hagler
attorney for Security Federal Bank
FULCHER HAGLER, LLP
One 10th Street
PO Box 1477
Augusta, GA 30903-1477
(706)724-0171